**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUDITH SCHEER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  09-209** |
| **MOTOROLA, INC.,** | : | |
| **Defendant.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 10th day of May, 2010, upon consideration of Defendant's Motion for Summary Judgment (Document No. 23, filed February 5, 2010), and Plaintiff's Response to Defendant's Motion for Summary Judgment (Documents Nos. 27 & 28, March 8, 2010), for the reasons set forth in the Memorandum dated May 10, 2010, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Motorola, Inc., and **AGAINST** plaintiff, Judith Scheer.

**IT IS FURTHER ORDERED** that the Clerk shall **MARK** the case **CLOSED**.


BY THE COURT:


**/s/ Jan E. DuBois**
**JAN E. DUBOIS, J.**